# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| TIM WILCOX, Individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) | Civil Action No. 4:11-cv-00847 |
| ) | |
| v. ) | CLASS ACTION |
| ) | |
| FRONTIER OIL CORPORATION, MICHAEL C. JENNINGS, DOUGLAS Y. BECH, ROBERT J. KOSTELNIK, JAMES H. LEE, PAUL B. LOYD, JR., FRANKLIN MYERS, MICHAEL E. ROSE, HOLLY CORPORATION, and NORTH ACQUISITION, INC., ) ) ) ) ) ) ) | |
| Defendants. ) | |

| | |
|---|---|
| JACKIE A. RHYMES, individually and on behalf of all others similarly situated, ) ) ) | |
| ) | Civil Action No. 4:11-cv-01023 |
| Plaintiff, ) | |
| ) | CLASS ACTION |
| v. ) | |
| ) | |
| MICHAEL JENNINGS, DOUGLAS BECH, PAUL LOYD, JAMES LEE, MICHAEL ROSE, FRANKLIN MYERS, ROBERT KOSTELNIK, FRONTIER OIL CORPORATION, HOLLY CORPORATION, and NORTH ACQUISITION, INC., ) ) ) ) ) ) ) | |
| Defendants. ) | |

## **UNOPPOSED NOTICE OF VOLUNTARY DISMISSAL**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Jackie A. Rhymes hereby gives notice of the dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) with each side to bear their own fees and costs.

Dated: June 14, 2012

                          AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.

                          */s/ Amir H. Alavi*
                          Amir H. Alavi
                          State Bar No. 00793239
                          Federal ID No. 20919
                          One Houston Center
                          1221 McKinney Street, Suite 3460
                          Houston, Texas 77010
                          Telephone: (713) 655-1101
                          Telecopier: (713) 655-0062
                          *Attorneys for Plaintiff Jackie A. Rhymes*

*OF COUNSEL:*
Demetrios Anaipakos
State Bar No. 00793258
Federal ID No. 20323
John Zavitsanos
State Bar No. 22251650
Federal ID No. 09122
One Houston Center
1221 McKinney Street, Suite 3460
Houston, Texas 77010
Telephone: (713) 655-1101
Telecopier: (713) 655-0062

LEVI & KORSINSKY, LLP
Joseph Levi, Esq.
Shannon L. Hopkins, Esq.
Allen Schwartz, Esq.
30 Broad Street, 15th Floor
New York, New York 10004
Telephone: (212) 363-7500
Telecopier: (212) 363-7171
*Attorneys for Plaintiff Jackie Rhymes*

## **CERTIFICATE OF CONFERENCE**

  I, Amir Alavi, hereby conferred with counsel for Defendants and they are not opposed to the relief being requested.

               */s/ Amir H. Alavi*
               Amir H. Alavi

## NOTICE OF ELECTRONIC FILING

I do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing document in accordance with the Electronic Case Filing System of the U.S. District Court for the Southern District of Texas, on this 14th day of June, 2012.

*/s/ Amir H. Alavi*
Amir H. Alavi

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2012, I sent by facsimile transmission, by first class mail, postage prepaid or through the efile system, a true and correct copy of the above and foregoing document to counsel as follows:

David Sterling
Amy Pharr Hefley
Christie Ann Mathis
Daniel David
Baker Botts, LLP
One Shell Plaza
910 Louisiana
Houston, TX 77002

N. Scott Fletcher
Jones Day
717 Texas, Suite 3300
Houston, TX 77002

*/s/ Amir H. Alavi*
Amir H. Alavi

4838-9566-5935, v. 1