IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TIM WILCOX § | |
| § | |
| Plaintiff, § | |
| § | |
| § | |
| versus § | CIVIL. ACTION NO. H-11-847 |
| § | |
| § | |
| FRONTIER OIL CORP., et al. § | |
| § | |
| Defendants. § | |

ORDER OF DISMISSAL

In accordance with the Unopposed Notice of Voluntary Dismissal (Doc.#56) filed on June 14, 2012, this cause of action is DISMISSED without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties with a true copy.

SIGNED this __19th__ day of __June__, 2012, at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE